

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-17-00676-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST.,** Kerrville, Kerr County, Texas,
Appellants

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice (not participating)
             Patricia O. Alvarez, Justice

Appellant's motion for rehearing is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court